STATE OF NEW JERSEY v. LAURENCE DOMENICHELLO.

September 4, 1980.

The petition for certification is granted and the matter is summarily remanded to the trial court for further proceeding in accordance with *State v. Bausch*, 83 *N.J.* 425 (1980). Jurisdiction is not retained.

STATE OF NEW JERSEY v. WILLIAM G. SPRING.

September 4, 1980.

Petition for certification denied.

KEITH HALIK v. RUTGERS, THE STATE UNIVERSITY.

September 4, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE MARX.

September 4, 1980.

Petition for certification denied.